

**U.S. Department of Labor**
**Office of the Solicitor**

201 Varick Street, Room 983
New York, NY 10014

Reply to the Attention of:  Susan B. Jacobs
Senior Trial Attorney
(646)-264-3664
Jacobs.Susan@dol.gov

**VIA ECF**

February 3, 2020

Honorable Brian M. Cogan
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: Scalia v. Silver's Crust West Indian Restaurant & Grill Inc., *et al.*
     Civil Action File No. 19-04719(BMC)

Dear Judge Cogan:

Plaintiff, the Secretary of Labor, respectfully requests that the February 28, 2020 discovery deadline in this case be extended until March 30, 2020. This request is made because Plaintiff did not receive all of the documents responsive to his request for the production of documents served on November 18, 2019 from Defendants 660 Utica Corp. and TrudyAnne Brown ("Defendants") until January 30, 2020. Plaintiff further requests that all other pre-trial deadlines also be extended by 30 days. The undersigned counsel requires additional time to review all the documents and conduct depositions because she is currently preparing for a week-long administrative hearing in the matter of *Administrator, Wage and Hour Division v. Jean Martin Inc.* (2019-LCA-000026) scheduled to start on February 24, 2020.

David Wims, Esq., counsel for Defendants, has no objection to the Secretary's request to extend discovery. Thank you for your consideration.

Sincerely,

Jeffrey S. Rogoff
Regional Solicitor

By: */s Susan B. Jacobs*
   Susan B. Jacobs
   Senior Trial Attorney

Cc: David Wims, Esq. (via ECF)